LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
State Bar No. 5970
4000 S. Eastern Avenue, Suite 200
Las Vegas, NV  89119
(702) 735-1500

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | ) BANKRUPTCY NUMBER: |
| | )   BK-S-07-11832-LBR |
| ADAM SCHULTHEIS  & | )       Chapter 13 |
| CYNTHIA SCHULTHEIS | ) DATE: 7/28/2010 |
| | ) TIME: 10:30 AM |
| | ) |
| Debtor(s). | ) |
| | ) |

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now, Randolph H. Goldberg, Esq., to Oppose the Motion for relief from automatic stay. Randolph H. Goldberg Esq., respectfully requests that the Honorable Judge Linda B. Reigle  continue  the Motion for relief from automatic stay or in alternative work out an adequate protection order between the debtors and Bank of America NA.

In support of this opposition, Randolph H. Goldberg, Esq., states as follows:

A Motion for relief from automatic stay was filed by Bank of America  and set for hearing on July 28, 2010. The debtor is in the process of a loan modification through home safe america. The loan modification is still being worked out between the lender and home safe america.. The debtor ask that the court continue this matter so that the stay remains in place and the debtor can continue to work on her loan modification. The debtor asks for a 60 day continuance due to the length of time loan modifications are taking for lenders to review.

The debtors pray the court continue the motion for relief from automatic stay 60 days so that the debtor has time to continue working on the loan modification.

DATED this_____day of July, 2010.

LAW OFFICES OF
RANDOLPH H. GOLDBERG

By /s/ Randolph H. Goldberg
   RANDOLPH H. GOLDBERG, ESQ.
   4000 S. Eastern
   Ste. 200
   Las Vegas, NV  89119
   Attorney for Debtor

1

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
2   RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Avenue, Suite 200
3   Las Vegas, Nevada 89119
(702) 735-1500
4   Attorney for Debtor
Nevada State Bar no. 5970
5

**UNITED STATES BANKRUPTCY COURT**
6

**DISTRICT OF NEVADA**
7

\* \* \* \* \* \*
8

| In re: | ) | BANKRUPTCY NUMBER: |
| 9   ADAM SCHULTHEIS  & | ) | BK-S-07-11832-LBR |
| CYNTHIA SCHULTHEIS | ) | Chapter 13 |
| 10 | ) | |
| | ) | DATE: 7/28/2010 |
| 11 | ) | TIME: 10:30 AM |
| Debtor. | ) | |
| 12 | ) | |

13   **CERTIFICATE OF FAX TRANSMISSION RE: OPPOSITION TO MOTION FOR**
**RELIEF FROM AUTOMATIC STAY**
14

15        I, ADAM PARMELEE, hereby by certify that a copy of

16   the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY, in the
above-entitled case, was faxed by me on the 1ST        day of JULY
17   2010 by faxing copies thereof to the parties as

18   follows:

19
**GREGORY L. WILDE**
20   208 S. JONES BLVD.
LAS VEGAS, NV 89107
21   (702) 258-8200
(702) 258-8787 (fax)

22

23
**KATHLEEN A. LEAVITT**
24   201 LAS VEGAS BLVD., SO. #200
LAS VEGAS, NV 89101
25   (702) 853-0713

26

27

1

2   DATED this ___1      day of JULY, 2010
                                /S/ ADAM PARMELEE
3                               An Employee of
                                THE LAW OFFICE OF
4                               RANDOLPH H. GOLDBERG, ESQ.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

```
                    **********************
                    ***   TX REPORT    ***
                    **********************


       TRANSMISSION OK

       TX/RX NO                4992
       DESTINATION TEL #       2588787
       DESTINATION ID
       ST. TIME                07/01 13:02
       TIME USE                02'05
       PAGES SENT              4
       RESULT                  OK
```

1

2  THE LAW OFFICES OF RANDOLPH H. GOLDBERG
   RANDOLPH H. GOLDBERG, ESQ.
3  4000 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89119
4  (702) 735-1500
   Attorney for Debtor
5  Nevada State Bar no. 5970

6              UNITED STATES BANKRUPTCY COURT

7                   DISTRICT OF NEVADA

8                    *  *  *  *  *  *

9  In re:                        )    BANKRUPTCY NUMBER:
   ADAM SCHULTHEIS   &           )    BK-S-07-11832-LBR
10 CYNTHIA SCHULTHEIS            )       Chapter 13
                                 )
11                               )    DATE: 7/28/2010
                                 )    TIME: 10:30 AM
12              Debtor.          )
   _____)

13 CERTIFICATE OF FAX TRANSMISSION RE: OPPOSITION TO MOTION FOR
                RELIEF FROM AUTOMATIC STAY
14

15      I, ADAM PARMELEE, hereby by certify that a copy of

16 the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY, in the
   above-entitled case, was faxed by me on the 1ST        day of JULY
17 2010 by faxing copies thereof to the parties as

18 follows:

19
   GREGORY L. WILDE
20 208 S. JONES BLVD.
   LAS VEGAS, NV 89107
21 (702) 258-8200
   (702) 258-8787 (fax)

```
                        ********************
                    ***    TX REPORT    ***
                        ********************


         TRANSMISSION OK

         TX/RX NO                   4993
         DESTINATION TEL #          8530713
         DESTINATION ID
         ST. TIME                   07/01 13:08
         TIME USE                   01'17
         PAGES SENT                 4
         RESULT                     OK
```

1

2  THE LAW OFFICES OF RANDOLPH H. GOLDBERG
   RANDOLPH H. GOLDBERG, ESQ.
3  4000 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89119
4  (702) 735-1500
   Attorney for Debtor
5  Nevada State Bar no. 5970

6                  UNITED STATES BANKRUPTCY COURT

7                     DISTRICT OF NEVADA

8                      *  *  *  *  *  *

9  In re:                          )   BANKRUPTCY NUMBER:
   ADAM SCHULTHEIS   &             )     BK-S-07-11832-LBR
10 CYNTHIA SCHULTHEIS              )        Chapter 13
                                   )
11                                 )      DATE: 7/28/2010
                                   )      TIME: 10:30 AM
12                 Debtor.         )
   _____)

13   CERTIFICATE OF FAX TRANSMISSION RE: OPPOSITION TO MOTION FOR
                   RELIEF FROM AUTOMATIC STAY
14

15       I, ADAM PARMELEE, hereby by certify that a copy of

16 the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY, in the
   above-entitled case, was faxed by me on the 1ST        day of JULY
17 2010 by faxing copies thereof to the parties as

18 follows:

19
   **GREGORY L. WILDE**
20 208 S. JONES BLVD.
   LAS VEGAS, NV 89107
21 (702) 258-8200
   (702) 258-8787 (fax)